No question of indigency was raised at the time of the revocation of probation.

The judgment is affirmed.

MORRISON, J., not participating.

**Dwight Wayne ROBINSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 42732.**

Court of Criminal Appeals of Texas.

Jan. 28, 1970.

**Claudette Boney FLEMING, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 42769.**

Court of Criminal Appeals of Texas.

Feb. 18, 1970.

No attorney on appeal for appellant.

Jim D. Vollers, State's Atty., Austin, for the State.

### OPINION

ONION, Judge.

This is an appeal from an order of the court revoking probation and sentencing appellant to serve three (3) years in the Texas Department of Corrections for the offense of forgery.

No appellate brief was filed in the trial court or in this Court.

We have examined the record and cannot conclude the trial court abused its discretion in revoking probation.

No attorney on appeal, for appellant.